## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FARMINGTON XPRESS MART LLC, <br><br> Defendant. | Civil Action No. |

**EXHIBIT A OF THE COMPLAINT**

# United States of America
## United States Patent and Trademark Office

# JUUL

**Reg. No. 4,818,664**
**Registered Sep. 22, 2015**
**New Cert. Sep. 18, 2018**
**Int. Cl.: 1, 30, 34**
**Trademark**
**Principal Register**

JUUL LABS, INC. (DELAWARE CORPORATION)
560 20th Street, Building 104
San Francisco, CALIFORNIA 94107

CLASS 1: Nicotine-based liquid, namely, liquid nicotine used to refill electronic cigarettes; cartridges sold filled with liquid nicotine for electronic cigarettes

FIRST USE 6-1-2015; IN COMMERCE 6-1-2015

CLASS 30: Electronic cigarette refill liquids, namely, chemical flavorings in liquid form used to refill electronic cigarettes; cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes

FIRST USE 6-1-2015; IN COMMERCE 6-1-2015

CLASS 34: Electronic cigarettes; electronic smoking vaporizers, namely, electronic cigarettes; tobacco substitutes in liquid solution form other than for medical purposes for electronic cigarettes

FIRST USE 6-1-2015; IN COMMERCE 6-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-156,947, FILED 01-03-2014

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# JUUL

**Reg. No. 4,898,257**  
**Registered Feb. 09, 2016**  
**New Cert. Oct. 02, 2018**  
**Int. Cl.: 34**  
**Trademark**  
**Principal Register**

JUUL LABS, INC. (DELAWARE CORPORATION)  
560 20th Street, Building 104  
San Francisco, CALIFORNIA 94107

CLASS 34: nicotine-based liquid, namely, liquid nicotine used to refill electronic cigarettes; cartridges sold filled with liquid nicotine for electronic cigarettes; electronic cigarette refill liquids, namely, chemical flavorings in liquid form used to refill electronic cigarettes; cartridges sold filled with chemical flavorings in liquid form for electronic cigarettes; electronic cigarettes; electronic smoking vaporizers, namely, electronic cigarettes; tobacco substitutes in liquid solution form other than for medical purposes for electronic cigarettes

FIRST USE 6-1-2015; IN COMMERCE 6-1-2015

The mark consists of the term "JUUL" in stylized lettering.

SER. NO. 86-683,423, FILED 07-06-2015



Director of the United States  
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# JUULPODS

**Reg. No. 5,918,490**  
**Registered Nov. 26, 2019**  
**Int. Cl.: 34**  
**Trademark**  
**Principal Register**

JUUL Labs, Inc. (DELAWARE CORPORATION)  
560 20th Street, Building 104  
San Francisco, CALIFORNIA 94107

CLASS 34: Nicotine liquid used to refill electronic cigarettes and vaporizer cartridges; electronic cigarettes and oral smoker's vaporizer refill cartridges sold with liquid nicotine solutions; electronic cigarette and vaporizer refill liquids, namely, liquid form chemical flavorings used to refill electronic cigarettes and oral vaporizers for smokers; liquid form tobacco substitutes other than for medical purposes; refill cartridges filled with liquid form chemical flavorings for electronic cigarettes and oral vaporizers for smokers; electronic and electric cigarettes and oral vaporizers for smokers; electronic smoking vaporizers, namely, electronic cigarettes and oral vaporizers for smokers; liquid form tobacco substitutes other than for medical purposes for electronic cigarettes and oral vaporizers for smokers; refill cartridges sold empty for electronic cigarettes and oral vaporizers for smokers; electronic oral vaporizers for smokers for the vaporization of tobacco; smoker's articles for electric and electronic cigarettes and vaporizers, namely, cases for electronic cigarettes and oral vaporizers for smokers and electronic cigarette accessories, namely, refill cartridges for electronic cigarettes sold empty, and boxes for electronic cigarettes and oral vaporizers for smokers and electronic cigarette accessories, namely, refill cartridges for electronic cigarettes sold empty; components for electric and electronic cigarettes and oral vaporizers for smokers, namely, atomisers, cartomisers, and clearomisers sold empty for tobacco substitutes

FIRST USE 6-00-2015; IN COMMERCE 6-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-289,543, FILED 02-05-2019



Director of the United States  
Patent and Trademark Office