**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

JUUL LABS, INC.,

                    Plaintiff,

v.                                                        Civil Action No.

FARMINGTON XPRESS MART LLC,

                    Defendant.

**EXHIBIT C OF THE COMPLAINT**

