UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FARMINGTON XPRESS MART LLC, <br><br> Defendant. | Civil Action No. |

**EXHIBIT E OF THE COMPLAINT**

